**STATE of Missouri, Respondent,**

v.

**Robert John LAFFERTY, Appellant.**

No. 42959.

Missouri Court of Appeals,
Western District.

Dec. 10, 1991.

Judith C. LaRose, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

## ORDER

**PER CURIAM.**

Consolidated appeal from a conviction of felony murder in the second degree, § 565.021.1(2), RSMo 1986, and from the denial of appellant's Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).